# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDWALK CONDOMINIUM ASSOCIATION, a California non-profit corporation,<br><br>　　　　　　　　　　　　　Plaintiff,<br>　vs.<br>TRAVELERS INDEMNITY COMPANY OF ILLINOIS, an Illinois corporation; et al.,<br><br>　　　　　　　　　　　　　Defendant. | CASE NO. 03-CV-00505 WQH (WMc)<br><br>**ORDER** |

HAYES, Judge:

Please take notice that the above entitled case has been remanded. The Court informs the parties of the spreading of the mandate upon the district court record. The decision of the Court of Appeals is ordered filed and entered. This case is returned to the jurisdiction of the district court.

The Court hereby **ORDERS** the parties to contact the Magistrate Judge's chambers to arrange for a case management conference.

**IT IS SO ORDERED**.

DATED: September 15, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge