# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDWALK CONDOMINIUM ASSOCIATION,<br><br>  Plaintiff,<br><br>vs.<br><br>TRAVELERS INDEMNITY COMPANY OF ILLINOIS,<br><br>  Defendant. | CASE NO. 03cv505 WQH (WMc)<br><br>**NOTICE AND ORDER RE MANDATORY SETTLEMENT CONFERENCE** |

The Mandatory Settlement Conference scheduled for March 16, 2007, is **VACATED** due to a conflict in the Court's own schedule. The Court will now hold a Mandatory Settlement Conference in the above-entitled matter on **March 21, 2007 at 2:00 p.m.** Settlement Conference briefs are due as stated in the Court's November 29, 2007 Order, which remains in full force and effect. [Doc. No. 100.]

**IT IS SO ORDERED.**

Dated: January 25, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

CC: HON. WILLIAM Q. HAYES
ALL PARTIES AND COUNSEL OF RECORD